| | |
|---|---|
| 1 | Lawrence Brewster |
| | Regional Solicitor |
| 2 | Daniel J. Chasek |
| | Associate Regional Solicitor |
| 3 | **BORIS ORLOV** (CSBN 223532) |
| | Office of the Solicitor |
| 4 | United States Department of Labor |
| | 350 S. Figueroa St., Suite 370 |
| 5 | Los Angeles, California 90071-1202 |
| | Telephone: (213) 894-5410 |
| 6 | Facsimile:  (213) 894-2064 |
| | E-mail: orlov.boris@dol.gov |
| 7 | |
| 8 | Attorneys for the Petitioner |





UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HILDA L. SOLIS, | ) | Case No.: **CV 10-03130** ODW (FFMx) |
|   Secretary of Labor, | ) | |
|   United States Department of Labor, | ) | |
| | ) | [~~PROPOSED~~] **ORDER TO SHOW CAUSE** |
|           Petitioner, | ) | |
|    v. | ) | |
| | ) | On Secretary of Labor's Petition to Enforce Administrative Subpoena Duces Tecum |
| MANA USA, INC., a California Corporation | ) | |
|           Respondent. | ) | |
| | ) | |

     Petitioner, Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Petitioner" or the "Secretary"), has applied to this Court for an Order requiring Respondent Mana USA, Inc. ("Respondent") to produce the records, papers and documents set forth in a subpoena duces tecum issued by the Regional Administrator, Wage and Hour Division, U.S. Department of Labor, and duly served upon Respondent. Having considered the matters set forth in the Petitioner's pleadings, it is hereby

     **ORDERED** that Respondent appear and **SHOW CAUSE**, if any there be, why Respondent should not be ordered by this Court to comply with the subpoena duces tecum issued to Respondent by the Regional Administrator, Wage and Hour Division,

1  U.S. Department of Labor; and it is further

2  **ORDERED** that Respondent serve and file with the Clerk of this Court, no later
3  than __June 14, 2010__ a response to the Petition, specifically admitting
4  or denying each allegation of the Petition, and setting forth the cause, if any there be,
5  why the Petition should not be granted; and it is further

6  **ORDERED** that Respondent appear at a hearing to be held on the Petition on
7  __June 28, 2010__, at __1:30 p.m.__ o'clock, in Courtroom number
8  __11__, located at __312 N. Spring Street, LA, CA__
9  __90012__ ; and it is further

10 **ORDERED** that an Investigator from the Wage and Hour Division, U.S. Depart-
11 ment of Labor, shall forthwith serve copies of this Order to Show Cause and a copy of
12 the Petition and supporting documents on Respondent.

13
14 Dated: __May 24__, 2010            _____
15                                                           United States District Judge
16

17 Presented by:
18
19 M. PATRICIA SMITH
20 Solicitor of Labor

21 LAWRENCE BREWSTER
22 Regional Solicitor

23 DANIEL J. CHASEK
24 Associate Regional Solicitor

25    ___/s/_____
26 BORIS ORLOV, Attorney

27 Attorneys for the Petitioner, U.S. Department of Labor
28

(Proposed) Order to Show Cause                                         Page 2 of 2